| | |
|---|---|
| RODGER R. COLE (CSB No. 178865) <br> rcole@fenwick.com <br> TODD R. GREGORIAN (CSB No. 236096) <br> tgregorian@fenwick.com <br> LESLIE KRAMER (CSB No. 253313) <br> lkramer@fenwick.com <br> FENWICK & WEST LLP <br> Silicon Valley Center <br> 801 California Street <br> Mountain View, CA 94041 <br> Telephone: (650) 988-8500 <br> Facsimile: (650) 938-5200 <br><br> Attorneys for Defendant <br> SENDME, INC. | ALAN HIMMELFARB (CSB No. 90480) <br> KAMBEREDELSON LLC <br> 2757 Leonis Boulevard <br> Vernon, CA 90058 <br> Telephone: (323) 585-8696 <br><br> MYLES MCGUIRE <br> KAMBEREDELSON LLC <br> 53 West Jackson Boulevard <br> Suite 550 <br> Chicago, IL 60604 <br> Telephone: (312) 589-6370 <br> Facsimile: (312) 873-4610 <br><br> Attorneys for Plaintff <br> TINA BATES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA BATES, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> SENDME, INC., a Delaware corporation, <br><br> Defendant. | Case No. 08-5361 MEJ <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING SENDME'S RESPONSE DATE TO THE CLASS ACTION COMPLAINT** |

WHEREAS, on September 9, 2008, Plaintiff Tina Bates ("Bates") filed her Class Action Complaint ("Complaint") against Defendant SendMe, Inc. ("SendMe");

WHEREAS, on November 26, 2008, SendMe filed a Notice of Removal in the United States District Court for the Northern District of California;

WHEREAS, SendMe's response to the Complaint is currently due to be filed and served on or before December 5, 2008;

WHEREAS, counsel for both parties have conferred and agree that SendMe's deadline to respond to the Complaint should be continued for 60 days.

ACCORDINGLY, SendMe and Bates, by and through their counsel of record, hereby

1  stipulate that the deadline for SendMe to respond to the Complaint is continued until February 3,
2  2009.
3        IT IS SO STIPULATED.

4  Dated: December 5, 2008                    FENWICK & WEST LLP

6                                           By:      /s/ Rodger R. Cole
7                                                      Rodger R. Cole

8                                       Attorneys for Defendant
                                     SENDME, INC.

9  Dated: December 5, 2008                      KAMBEREDELSON, LLC

11                                    By:      /s/ Myles McGuire
12                                               Myles McGuire

13                                    Attorneys for Plaintiff
                                   TINA BATES

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENDME'S RESPONSE DATE TO THE    2    CASE NO. 08-5361 MEJ
CLASS ACTION COMPLAINT

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Rodger R. Cole, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of December, 2008, at Mountain View, California.

FENWICK & WEST LLP

By:  /s/ Rodger R. Cole
        Rodger R. Cole

Attorneys for Defendant
SEND ME, INC.

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 5, 2008         By: _____
                                        The Honorable Maria-Elena James
                                        United States Magistrate Judge