RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
TODD GREGORIAN (CSB NO. 236096)
tgregorian@fenwick.com
LESLIE KRAMER (CSB NO. 253313)
lkramer@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Attorneys for Defendant
SENDME, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TINA BATES, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SENDME, INC., a Delaware corporation,<br><br>Defendant. | Case No. 08-5361 SBA<br><br>[PROPOSED] ORDER GRANTING SENDME'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND DECLARATION OF RUSSELL KLEIN |

The Court has considered Defendant SendMe's Administrative Motion to File Under Seal Portions of Defendant's Opposition to Plaintiff's Motion to Remand and Declaration of Russell Klein; the supporting Declaration of Todd Gregorian. The redacted portions of Defendant's Opposition to Plaintiff's Motion to Remand and Declaration of Russell Klein relate to SendMe's financial and commercial information. This information is characterized as Confidential under the parties' stipulated Protective Order and, therefore, must be filed under seal.

In light of this, the Court HEREBY ORDERS the following to be filed under seal:

1. Defendant's Opposition to Plaintiff's Motion to Remand
2. Declaration of Russell Klein in Support of Defendant's Opposition to Plaintiff's

|     |                                                                      |
|-----|----------------------------------------------------------------------|
| 1   | Motion to Remand.                                                    |
| 2   | **IT IS SO ORDERED.**                                                |
| 3   |                                                                      |
| 4   | Dated: 3/27/09                                                       |
| 5   | *Saundra B. Armstrong*                                               |
|     | The Honorable Saundra Brown-Armstrong                                |
|     | United States District Court Judge                                   |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO FILE UNDER
SEAL

2

CASE NO. 08-5361 SBA